UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
DEC 1 8 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

12-2602

UNITED STATES OF AMERICA            :

                                    :       MAGISTRATE NO. ~~12-2598~~ (DEA)

                                    :

v.                                  :

                                    :       ORDER

ALQAYYIM RIDA                       :


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __18TH__ day of __DECEMBER__, 2012,

ORDERED that _____ANDREA BERGMAN_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Douglas E. Arpert
United States Magistrate Judge