UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 12-2602 (DEA) |
| v. | : |
| ALQAYYIM RIDA | : CONTINUANCE ORDER |

A criminal complaint charging the defendant with distribution and possession with the intent to distribute more than 100 grams of heroin, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(B), having been filed on December 18, 2012; and the defendant having been arrested on December 17, 2012; and the defendant having appeared before the Court for an initial appearance on December 18, 2012; and the defendant having been represented by Andrea D. Bergman, Esq., and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this second continuance so the parties can engage in plea negotiations and thereby avoid a possible trial; and for good cause shown;

IT IS on this 11th day of February, 2013,

ORDERED that from the date this Order is entered, to and including April 15, 2013, shall be excluded in calculating the time within which an Information or Indictment must be filed

RECEIVED FEB 11 2012 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to engage in plea negotiations and thereby avoid a possible trial; and

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Jennifer Davenport
Assistant U.S. Attorney

_____
Nelson S.T. Thayer, Jr.
Attorney In Charge, Trenton Office

_____
Andrea D. Bergman, Esq.
Counsel for Alqayyim Rida

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge